### ABRAHAM YOUNG v. JOHN HEDDEN.

(Filed 19 December, 1928.)

APPEAL by plaintiff from *MacRae, Special Judge,* at Spring Term, 1928, of MACON. Affirmed.

*J. F. Ray and R. D. Sisk for plaintiff.*
*Geo. B. Patton and Jones & Jones for defendant.*

PER CURIAM. The plaintiff instituted this action to recover damages for the alleged negligence of the defendant in setting out fire and burning the plaintiff's timber and grass. At the conclusion of all the evidence the defendant's motion for nonsuit was allowed. The plaintiff excepted and appealed. We find no error in this ruling and affirm the judgment.

Affirmed.